UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-30-RJC-DSC

| REBECCA PFEIFFER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LAW OFFICE OF SUSAN ADDISON BLUSH, P.C., | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court upon Plaintiff Rebecca Pfeiffer's ("Plaintiff") failure to file an entry of judgment or a stipulation of dismissal following her filing of a Notice of Settlement. (Doc. No. 5). The docket report reflects that Plaintiff agreed to file an entry of judgment or dismissal by April 16, 2012 or the Court would dismiss her case without prejudice. This deadline has passed without Plaintiff filing anything. Thus, the Court will dismiss this case.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: April 23, 2012

Robert J. Conrad, Jr.
Chief United States District Judge